**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Elvira Taveras,

                Plaintiff,

    -against-                                    22 **CIVIL** 10825 (KHP)

**JUDGMENT**

Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 17, 2024, Plaintiff's motion for judgement on the pleadings is GRANTED and Defendant's motion for judgment on the pleadings is DENIED. This case is remanded for reconsideration by the ALJ consistent with the opinion.

**Dated:** New York, New York

      February 20, 2024

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                           **Clerk of Court**

                                  **BY:**      *K. Mango*
                                                           _____
                                                            **Deputy Clerk**