UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ELVIRA TAVERAS,

                Plaintiff,                  22 **CIVIL** 10825 (KHP)

    -v-                          **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation for Remand dated May 2, 2024, that this matter be reversed and remanded for issuance of a fully favorable decision. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**  New York, New York

     May 2, 2024

                                                     **RUBY J. KRAJICK**
                                                     **Clerk of Court**

                              **BY:**
                                              _____
                                                       **Deputy Clerk**